Force Order (rev. 5/22)   Page 1

# UNITED STATES DISTRICT COURT
## Eastern District of New York

United States of America

- v -

Frank James             Case No.: 22-CR-214 (WFK)
*Defendant*

## FORCE ORDER

UPON the defendant's refusal to appear before the Court when requested in connection with the above-captioned case, it is hereby:

ORDERED that the United States Marshals Service, their agents, and/or designees, use all necessary force to produce the above-named defendant, U.S. Marshal number 83999-053, before this Court at 225 Cadman Plaza, Brooklyn, New York 11201, for a conference on Wednesday, October 12, 2022 at 1:00 P.M.

SO ORDERED:

s/ WFK

William F. Kuntz, II, Senior U.S. District Judge

Dated: October 12, 2022
Brooklyn, N.Y.