# UNITED STATES DISTRICT COURT
## Eastern District of New York

United States of America

- v -

Frank James
*Defendant*

Case No.: 22-CR-214 (WFK)

## FORCE ORDER

UPON the defendant's prior refusal to appear before the Court when ordered to do so in connection with the above-captioned case, it is hereby:

ORDERED that the United States Marshals Service, their agents, and/or designees, use all necessary force to produce the above named defendant, U.S. Marshal number, 83999-053, before this Court at 225 Cadman Plaza, Brooklyn, New York 11228, for a conference on Thursday, December 8, 2022.

SO ORDERED:

s/ WFK

William F. Kuntz, II, Senior U.S. District Judge

Dated: November 29, 2022
Brooklyn, N.Y.