AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Frank James<br>*Defendant* | )<br>)<br>) Case No.   22-CR-214 (WFK)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NBCUniversal Media, LLC, as Proposed Intervenor

Date:   12/08/2022

*Attorney's signature*

Daniel M. Kummer  2253920)

*Printed name and bar number*
30 Rockefeller Plaza, Rm 620-572
New York, New York
*Address*

daniel.kummer@nbcuni.com
*E-mail address*

212-664-4017
*Telephone number*

212-664-6572
*FAX number*