**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 21, 2022

**Via ECF**
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **United States v. Frank James, 22-CR-214 (WFK)**

Your Honor,

    Mr. James has advised undersigned counsel that he wishes to schedule a guilty plea to the superseding indictment. If the Court is available, we wish to proceed during the first week of January 2023.

    Respectfully Submitted,

    /s/
Mia Eisner-Grynberg
Amanda L. David
Attorneys for Mr. Frank James
(718) 330-1257

cc:    AUSA K. Sara Winik
       AUSA Ian C. Richardson
       AUSA Ellen H. Sise