UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

      v.

FRANK JAMES,

            Defendant.
-------------------------------------------------------X

**ORDER**
22-CR-214 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a change of plea hearing for Tuesday, January 3, 2023 at 2:00 P.M. in Courtroom 6H North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II.

                                              **SO ORDERED.**

                                              s/ **WFK**
                                              HON. WILLIAM F. KUNTZ, II
                                              UNITED STATES DISTRICT JUDGE

Dated: December 21, 2022
       Brooklyn, New York