Force Order (rev. 5/22)                          Page 1

# UNITED STATES DISTRICT COURT
### Eastern District of New York

United States of America

    - v -

__Frank James__                  Case No.: 22-CR-214 (WFK)
     *Defendant*

## **FORCE ORDER**

UPON the defendant's prior refusal to appear before the Court when ordered to do so in connection with the above-captioned case, it is hereby:

ORDERED that the United States Marshals Service, their agents, and/or designees, use all necessary force to produce the above named defendant, U.S. Marshal number, 83999-053, before this Court at 225 Cadman Plaza, Brooklyn, New York 11201, for an arraignment on Tuesday, January 3, 2023 at 2:00 P.M.

**SO ORDERED**:

s/ **WFK**
*William F. Kuntz, II, Senior U.S. District Judge*

Dated: December 28, 2022
       Brooklyn, N.Y.